IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INDICTMENT** |
| | : | |
| vs. | : | **CRIMINAL NO. 5:20-CR- 48** |
| | : | |
| **CODY RICHARD GRIGGERS** | : | **VIOLATIONS:** |
| | : | 26 U.S.C. § 5841 |
| | : | 26 U.S.C. § 5861(d) |
| | : | 26 U.S.C. § 5871 |
| | : | 26 U.S.C. § 5872 |
| | : | 28 U.S.C. § 2461(c) |
| | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (POSSESSION OF AN UNREGISTERED FIREARM)

On or about November 19, 2020, in the Macon Division of the Middle District of Georgia, the Defendant,

**CODY RICHARD GRIGGERS,**

knowingly received and possessed a firearm, one (1) Browning Gold, 12 gauge shotgun, Serial Number: 113MR01948, with a barrel length of fewer than 18 inches, not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

### FORFEITURE NOTICE
### (26 U.S.C. § 5872 and 28 U.S.C. § 2461(c) - Criminal Forfeiture)

1.      The allegation contained in Count One of this Indictment is hereby re-alleged and incorporated by reference into this Notice for the purpose of alleging forfeiture to the United States

of America, pursuant to the provisions of Title 26, United States Code, Section 5872, in conjunction with Title 28, United States Code, Section 2461(c).

2. Upon conviction of the offense(s) in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871 set forth in Count One of this Indictment, the Defendant,

**CODY RICHARD GRIGGERS,**

shall forfeit to the United States of America pursuant to Title 26, United States Code, Section 5872, in conjunction with Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense(s).

3. If any of the property subject to forfeiture, as a result of any act or mission of the Defendant:

(a) cannot be located upon exercise of due diligence;

(b) has been transferred, sold to or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty,

the United Stated of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), through Title 26, United States Code, Section 5872.

All pursuant to 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

CHARLES E. PEELER
UNITED STATES ATTORNEY

Presented By:

WILLIAM R. KEYES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 9th day of December, AD 2020.

Deputy Clerk

3