IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL NO. 5:20-CR-48-TES-CHW** |
| **v.** : | |
| : | |
| **CODY RICHARD GRIGGERS,** : | |
| : | |
| **Defendant.** : | |
| : | |

## NOTICE OF DNA TESTING

Under 18 U.S.C. § 3600, any defendant who is serving a federal sentence can make a motion to the court to have DNA testing done on any biological evidence in his case. In order to make such a motion, the defendant must state under penalty of perjury that he is not guilty, and then request that DNA testing be done on any biological evidence.

Biological evidence is blood, hair, semen, saliva, skin tissue or other identified biological material.

If, after conviction, you request such a test, you must state, under penalty of perjury, that you are actually innocent. If DNA testing is done on your motion and the result show that you are in fact guilty, then the government could petition to the court to have you held in contempt of court and ordered to pay the cost of the test or have your good time taken away by the prison system, or prosecuted for false assertions. If convicted of false assertions, the sentence is not less than three years imprisonment which must follow the sentence that you are presently serving.

If you believe that there is biological evidence in your case which could be subject to DNA testing, you should discuss with your attorney and determine whether or not you wish to request such testing prior to trial.

RESPECTFULLY SUBMITTED, this 17th day of December, 2020.

         PETER D. LEARY
         ACTING UNITED STATES ATTORNEY

BY: *s/ William R. Keyes*
    WILLIAM R. KEYES
    Assistant United States Attorney
    Georgia Bar Number 3686 50
    United States Attorney's Office
    Middle District of Georgia
    Post Office Box 1702
    Macon, Georgia 31202-1702
    Telephone: (478) 621-2635
    Fax: (478) 621-2655
    Email: william.r.keyes@usdoj.gov

**CERTIFICATE OF SERVICE**

    I, WILLIAM R. KEYES, Assistant United States Attorney, do hereby certify that I have this date served the within and foregoing DNA NOTICE by electronically filing said motion with the Clerk of the Court using the CM/ECF system and upon the Defendant by hand delivering a copy of said motion to Defendant.

    This 17th day of December, 2020.

                                    PETER D. LEARY
                                    ACTING UNITED STATES ATTORNEY

BY:   *s/ William R. Keyes*
         WILLIAM R. KEYES
         Assistant United States Attorney
         Georgia Bar Number 368650
         United States Attorney's Office
         Middle District of Georgia
         Post Office Box 1702
         Macon, Georgia 31202-1702
         Telephone: (478) 621-2635
         Fax: (478) 621-2655
         Email: william.r.keyes@usdoj.gov