IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 5:20-48-TES-CHW |
| v. | : |
| CODY RICHARD GRIGGERS, | : |
| Defendant | : |

PLEA

I, **CODY RICHARD GRIGGERS**, having been advised of my Constitutional rights, and having had the charges herein stated to me, plead not guilty this 22 day of December, 2020.

_____
CODY RICHARD GRIGGERS
DEFENDANT

_____
KEITH E. FITZGERALD
ATTORNEY FOR DEFENDANT

/s/ William R. Keyes
WILLIAM R. KEYES
ASSISTANT UNITED STATES ATTORNEY