

U.S. Department of Justice

United States Attorney
Middle District of Georgia

*Criminal Division*  Phone: (478)752-3511
*Post Office Box 1702*  Fax: (478)621-2655
*Macon, Georgia 31202*  Fax: (478)621-2656

January 29, 2021

VIA FEDEX TRACKING NUMBER: 7727 7071 9218

Keith E. Fitzgerald
Hogue Hogue Fitzgerald & Griffin, LLP
341 Third Street
Macon, GA 31201

    RE:    U.S. vs. Cody Richard Griggers
             Case Number: 5:20-cr-48-TES-CHW

Dear Mr. Fitzgerald,

    Discovery for this case has been sent to you on a USB card via FedEx. A discovery log detailing the files provided is included with this letter. Please review these materials promptly and let us know if you have any issues accessing anything herein. After downloading the files, please return the USB card to our office.

    The government is tendering these documents pursuant to its obligation under the provision of Rule 16 of the Federal Rules of Criminal Procedure.

    As the obligation pursuant to Rule 16 is ongoing, the government will continue to provide you with any other relevant information pertaining to this case which is disclosed to the government.

    Should you have any questions or concerns, please feel free to contact me.

                                    Sincerely,

                                    PETER D. LEARY
                                  ACTING UNITED STATES ATTORNEY

              BY:        */s/ William R. Keyes*
                             WILLIAM R. KEYES
                             ASSISTANT UNITED STATES ATTORNEY

Enclosures

| | U.S. v. Cody Richard Griggers | | |
|---|---|---|---|
| | Case No. 5:20-cr-48-TES-CHW   Discovery Documents | | |
| **Type** | **Beginning Bates** | **Ending Bates** | **Production Date** |
| **Case File** | Case File_000001 | Case File_000402 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Search warrant folder** | Search Warrant_000001 | Search Warrant_000163 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Search warrant photos** | Search photos_000001 | Search photos_000213 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Photo log spreadsheet** | Photo spreadsheet_000001 | Photo spreadsheet_000005 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Photo log_scanned** | Photo log_000001 | Photo log_000012 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Assigned patrol vehicle** | Patrol vehicle_000001 | Patrol vehicle_000001 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Timeline** | Timeline_000001 | Timeline_000001 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Patch** | Patch_000001 | Patch_000001 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Sheriff letter** | Sheriff letter_000001 | Sheriff letter_000001 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Shotgun photos** | Shotgun_000001 | Shotgun_000002 | 1/29/2021 via FedEx to Keith Fitzgerald |
| **Apple_iPhone 6 (A1549) phone contents** | | | 1/29/2021 via FedEx to Keith Fitzgerald |