UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 5:20-CR-48-TES |
| vs. | |
| CODY RICHARD GRIGGERS<br>Defendant | |

## CHANGE OF PLEA

I, Cody Richard Griggers, having been advised of my Constitutional rights, and having had the charges herein stated to me, and pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report and now plead **Guilty** to Count One of the Indictment, this _26_ day of _April_, _2021_.

I also acknowledge the fact the Court is required to consider any applicable advisory sentencing guideline when imposing sentence in this case.

_____
CODY RICHARD GRIGGERS
DEFENDANT

_____
KEITH E. FITZGERALD
ATTORNEY FOR DEFENDANT

_____
WILLIAM R. KEYES
ASSISTANT UNITED STATES ATTORNEY