# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 5:20-CR-48-TES |
| vs. : | |
| : | |
| CODY RICHARD GRIGGERS, : | |
| : | |
| Defendant. : | |
| : | |

## MOTION FOR ADDITIONAL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. § 3E1.1(b)

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files the present Motion for Additional Decrease for Acceptance of Responsibility Pursuant to U.S.S.G. Section 3E1.1(b). In support hereof the United States shows that the Defendant assisted authorities in the prosecution of Defendant's own misconduct by timely notifying authorities of Defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently.

Therefore, in the event that the Defendant qualifies for a two level decrease for acceptance of responsibility pursuant to Section 3E1.1(a) of the United States Sentencing Guidelines, and if the Defendant's offense level as determined prior to the operation of Section 3E1.1(a) is level 16 or greater, the United States moves the Court to make an additional one level decrease in the offense level pursuant to Section 3E1.1(b).

RESPECTFULLY SUBMITTED, this 20th day of May, 2021.

                                        PETER D. LEARY
                                        ACTING UNITED STATES ATTORNEY

                                        */s/ William R. Keyes*
                                        WILLIAM R. KEYES
                                        Assistant United States Attorney
                                        Georgia Bar Number 368650
                                        United States Attorney's Office
                                        Middle District of Georgia
                                        Post Office Box 1702
                                        Macon, Georgia 31202-1702
                                        Telephone: (478) 621-2635
                                        Email: william.r.keyes@usdoj.gov


                                        *Attorneys for the United States of America*

# CERTIFICATE OF SERVICE

I, William R. Keyes, hereby certify that on this 20th day of May, 2021, I electronically filed the within and foregoing **MOTION FOR ADDITIONAL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY PURSUANT TO U.S.S.G. § 3E1.1(b)** utilizing the Court's CM/ECF program, which will send notification to counsel of record for Defendant.

PETER D. LEARY
ACTING UNITED STATES ATTORNEY

*/s/ William R. Keyes*
WILLIAM R. KEYES
Assistant United States Attorney
Georgia Bar Number 368650
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 621-2635
Email: william.r.keyes@usdoj.gov

*Attorneys for the United States of America*