IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| v. | : | CASE: 5:20-CR-48 |
| | : | |
| CODY GRIGGERS | : | |
| | : | |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

Defendant, through counsel, moves this Court to continue the sentencing in this case. Defendant submits the following in support:

Defendant pled guilty on April 26, 2021.

Counsel would like to take a vacation for the week of July 3 to 8, 2021. As of right now, the probation office has not completed the presentence investigation report.

Counsel has spoken to Assistant United States Attorney Will Keyes, who does not oppose this request.

THEREFORE, defendant request that the Court enter an order continuing sentencing in this case.

May 20, 2021

s/Keith E. Fitzgerald
KEITH E. FITZGERALD
keith@hogueandhogue.com
Hogue & Hogue, LLP
Post Office Box 1795
Macon, Georgia 31202
(478) 750-8040
State Bar No. 663135

**CERTIFICATE OF SERVICE**

I hereby certify that by my signature I have served a copy of this **Joint Motion for Continuance** on all interested parties by filing it electronically with CM/ECF

May 20, 2021

S/Keith E. Fitzgerald
KEITH E. FITZGERALD