| UNITED STATES ATTORNEY'S OFFICE | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF | UNITED STATES OF AMERICA | COURT CASE NUMBER 5:20-CR-48 (TES) |
|---|---|---|
| DEFENDANT | CODY RICHARD GRIGGERS | TYPE OF PROCESS DISPOSAL OF PROPERTY |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
One Browning Gold, 12 gauge shotgun, SN: 113MR01948, with a barrel length of fewer than 18 inches

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
c/o Federal Bureau of Investigation, Atlanta, Georgia

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

United States Attorney's Office- Middle District of Georgia
Mike Morrison, Assistant United States Attorney
Post Office Box 1702
Macon, Georgia 31202

Number of process to be served with this Form:
Number of parties to be served in this case:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Per the Preliminary Order of Forfeiture, Judgment, and Notice of Finalization of Criminal Forfeiture, please dispose of the above listed property in accordance with the law.
CATS #: 21-FBI-005889

Signature of Attorney or other Originator requesting service on behalf of:
Signature: MICHAEL MORRISON (Digitally signed by MICHAEL MORRISON Date: 2021.10.15 15:06:00 -04'00')
Print Name: Mike Morrison
☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: (478) 752-3511
DATE: 10/15/21

**SPACE BELOW TO BE FILLED OUT BY AGENCY ONLY**

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode

Address (complete only if different than shown above)

Date of Service: 9/7/2023
Time: AM / PM
Name and Signature of Agent: [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges |
|---|---|---|---|
| | | | |

REMARKS: Firearm was destroyed by ATF-NDB on 9/7/2023

RETURN EXECUTED ORIGINAL TO THE U.S. ATTORNEY'S OFFICE